



JOHN M. WATERS
CLERK OF COURT

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

TEL: 309.793.5778
FAX: 309.793.5878

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

November 1, 2007

Clerk, U.S. District Court
U.S. Courthouse, 20th Floor
219 S. Dearborn St.
Chicago, IL 60604

Re: USA v John Carl Wils
NDIL Case # 07-CR-713
Central Dist of IL Case # 07-6427M

Dear Clerk,

On 10/31/07, our Court held an initial appearance on the above named defendant. This defendant waived further hearing in our court and was ordered committed to your district by order of Magistrate Judge Thomas J. Shields. At this time, I am sending you certified copies of the documents in our file, consisting of:

    Waiver of Rule 5 Hearing
    Commitment to Another District
    Docket Sheet

Would you please acknowledge receipt of these documents on the enclosed copy of this letter and return it to us in the self-addressed stamped envelope that is enclosed?

Sincerely,

S/Denise Koester
Deputy in Charge

Enc.